UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RAYMONETTE CHEATHAM, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES EAST, LP, et al., <br><br> Defendants. | Civil Action <br><br> No. 1:20-CV-12711-KMW-EAP <br><br><br> **ORDER** |

This matter having come before the Court by way of the Motion of Defendant Wal-Mart Stores East, LP ("Defendant") for Summary Judgment pursuant to Fed. R. Civ. P. 56 (ECF No. 26), the Opposition thereto filed by Plaintiff Raymonette Cheatham ("Plaintiff") (ECF No. 27), and Defendant's Reply (ECF No. 31); the Court having considered the submissions of the parties; for the reasons explained in the accompanying Opinion of even date; and for good cause shown;

IT IS this **10th** day of **November 2022**, hereby

**ORDERED** that the Defendant's Motion for Summary Judgment (ECF No. 26) is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall close this matter.

*/s/ Karen M. Williams*
KAREN M. WILLIAMS
United States District Judge